UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 3:12CV359 |
| v. | : Judge Timothy S. Black |
| (1) REAL PROPERTY KNOWN AS:<br>3492 RIVA COURT,<br>BEAVERCREEK, OH 45430, et al. | : ORDER |
| Defendants. | : |

Upon motion of United Savings Bank to strike from this Court's docket the (proposed) Joint Stipulation [Doc. 16] which was filed in error; and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the motion is GRANTED. The clerk shall strike from this Court's docket the (proposed) Joint Stipulation which was filed in error as Doc. 16.

SO ORDERED this __31st__ day of December, 2012.

_Timothy S. Black_
Hon. Timothy S. Black
United States District Court

13220335.1