UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:12CV359 |
| v. | : | Judge Timothy S. Black |
| (1) REAL PROPERTY KNOWN AS: 3492 RIVA COURT, BEAVERCREEK, OH 45430, et al. | : | JOINT STIPULATION AND ORDER |
| Defendants. | : | |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff United States of America and the attorneys for Union Savings Bank that Union Savings Bank's date to file a Claim with respect to Plaintiff's Complaint is extended for 30 days. The Claim was previously due by agreed order on December 31, 2012, and is now due on January 31, 2013. The Answer is due 20 days thereafter. *See* 18 U.S.C. § 983(a)(4)(B).

Dated: Cincinnati, Ohio
December 28, 2012

By: /s/ Pamela Stanek per telephone authorization by AUSA Brent Tabacchi - December 21, 2012
    Pamela M. Stanek
    United States Attorney's Office
    Southern District of Ohio
    600 Federal Building
    200 West Second Street
    Dayton, Ohio 45402
    Telephone: 937.225.2910

*Attorneys for Plaintiff*

By: /s/ Ralph W. Kohnen
    Ralph W. Kohnen (0034418)
    Jeanne M. Cors (0070660)
    Taft, Stettinius & Hollister LLP
    425 Walnut Street, Suite 1800
    Cincinnati, Ohio 45202
    Telephone: 513.357.2838
    kohnen@taftlaw.com
    cors@taftlaw.com

*Attorneys for Union Savings Bank*

SO ORDERED:

_____
Hon. Timothy S. Black
United States District Court