## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:12CV359 |
| PLAINTIFF, | : | JUDGE TIMOTHY S. BLACK |
| VS. | : | |
| (1) REAL PROPERTY KNOWN AS: 3492 RIVA COURT, BEAVERCREEK, OH 45430, et al. | : : | |
| DEFENDANTS. | : | |

### AGREED ORDER AND DECREE OF FORFEITURE

It is hereby stipulated and AGREED by and between Plaintiff, United States of America, and Claimant, PAUL ROBERT NIEHAUS, that:

1. The below listed Defendants shall be forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and (C), to-wit:

   Defendant 2.  2004 Ford Mustang V8 Coupe 2D Mach I, VIN:1FAFP42R24F216379;

   Defendant 3.  2005 Pontiac GTO V8 Coupe 2D, VIN: 6G2VX12U95L462299;

   Defendant 4.  2006 Pontiac GTO V8 Coupe 2D, VIN: 6G2VX12U26L833630; and

   Defendant 5.  $4,270.00 U.S. Currency.

2. The parties agree that each shall bear their own costs, including any possible attorneys' fees, court costs, or other expenses of litigation.

3. The parties agree that the Court will retain jurisdiction to enforce the terms of this Agreement.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The below listed Defendants are hereby forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and (C), to-wit:

    Defendant 2.   2004 Ford Mustang V8 Coupe 2D Mach I, VIN:1FAFP42R24F216379;

    Defendant 3.   2005 Pontiac GTO V8 Coupe 2D, VIN: 6G2VX12U95L462299;

    Defendant 4.   2006 Pontiac GTO V8 Coupe 2D, VIN: 6G2VX12U26L833630; and

    Defendant 5.   $4,270.00 U.S. Currency.

2. The parties shall bear their own costs, including any possible attorneys' fees, court costs, or other expenses of litigation.

3. The court will retain jurisdiction to enforce the terms of this Agreement.

4. This case is hereby TERMINATED on the docket.

SO ORDERED:

*s/ Timothy S. Black*
TIMOTHY S. BLACK
UNITED STATES DISTRICT COURT JUDGE

CARTER M. STEWART
United States Attorney

s/Pamela M. Stanek
PAMELA M. STANEK (0030155)
Assistant U.S. Attorney
600 Federal Building
200 West Second Street
Dayton, OH 45402
(937) 225-2910
(937) 225-2564 Fax
Attorney for Plaintiff
pamela.stanek@usdoj.gov

s/Justin M. McMullen by fax approval
JUSTIN M. McMULLEN  (0088217)
3836 Dayton-Xenia Road
Beavercreek, OH 45432
(937) 426-3310
(937) 426-9328 Fax
Attorney for Claimant, Paul Robert Niehaus
jmcmullen@beavercreeklaw.com

s/Paul Robert Niehaus by fax approval
PAUL ROBERT NIEHAUS